THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL PALMASON AND JUDITH FIEST Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEYERHAEUSER COMPANY, WEYERHAEUSER ASSET MANAGEMENT LLC, MORGAN STANLEY, PATRICIA M. BEDIENT, ANNE E. GIARDINI, JEANNE M. HILLMAN, STEPHEN M. MARGOLIN, JEFFREY W. NITTA, PETER W. SHERLAND, THOMAS M. SMITH, SALIM SHARIFF, RICHARD J. TAGGART AND JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 2:11-cv-00695 RSL<br><br>**STIPULATION AND ORDER SETTING REVISED BRIEFING SCHEDULE ON THE WEYERHAEUSER DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:** Tuesday, January 15, 2013 |

## I.     INTRODUCTION

1. Plaintiffs Michael Palmason and Judith Fiest, Individually and On Behalf of All Others Similarly Situated ("Plaintiffs") filed their Second Amended Complaint on August 23, 2012 (Dkt. 144).

2. Defendants Weyerhaeuser Company, Weyerhaeuser Asset Management LLC

("WAM"), Patricia M. Bedient, Anne E. Giardini, Jeanne M. Hillman, Stephen M. Margolin, Jeffrey W. Nitta, Peter W. Sherland, Thomas M. Smith, Salim Shariff, and Richard J. Taggart (collectively, the "Weyerhaeuser Defendants") filed their Motion to Dismiss Plaintiffs' Second Amended Complaint on October 4, 2012 (Dkt. 158).

3. Pursuant to the Revised Stipulation and Order Setting Briefing Schedule on the Weyerhaeuser Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint ("Stipulated Briefing Schedule") (Dkt. 171), Plaintiffs filed their opposition to the Weyerhaeuser Defendants' motion to dismiss on December 19, 2012 (Dkt. 180) and included a declaration from their expert actuary, Ian Altman (Dkt. 183).

4. In the Stipulated Briefing Schedule, the Parties agreed that each party would be permitted, at its option, to depose any expert or actuary who submitted a declaration in connection with that motion and Plaintiffs would be entitled to submit a sur-reply.

5. In order to accommodate the schedules of counsel and Plaintiffs' expert, the Parties have agreed that the Weyerhaeuser Defendants may take Mr. Altman's deposition on January 29, 2013.

6. Based on the foregoing, Plaintiffs and the Weyerhaeuser Defendants, through their undersigned counsel, submit this Stipulation and Proposed Order Setting Revised Briefing Schedule on the Weyerhaeuser Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and stipulate as follows:

## II.   STIPULATION

1. Plaintiffs will make Mr. Altman available for deposition on January 29, 2013 and Defendants will depose Mr. Altman on January 29, 2013 (unless another date is jointly agreed

upon by counsel).

2. The Weyerhaeuser Defendants will file their reply papers in support of their motion to dismiss no later than February 12, 2013.

3. The parties agree that Plaintiffs should be permitted to file a sur-reply of six pages no later than March 8, 2013, and the motion to dismiss will be noted for March 8, 2013.

4. Consistent with the previous stipulated briefing schedule (Dkt. 171), in the event that Defendants attach an expert or actuarial declaration to their reply:

(a) Defendants will make each expert or actuary available for deposition on a date mutually agreed upon by Defendants and Plaintiffs. Plaintiffs sur-reply brief will be filed no later than 14 days of completing the deposition(s); but the 14 days shall not include February 18 to 24; and

(b) On or before March 5, 2013, Plaintiffs and the Weyerhaeuser Defendants will submit a revised schedule with a corresponding new Noting Date by filing a new Stipulation and Proposed Order.

5. Nothing in this Stipulation and Proposed Order shall be construed as an admission that expert opinion is relevant to the proper disposition of the Weyerhaeuser Defendants' motion to dismiss.

DATED this 15th day of January, 2013.

KELLER ROHRBACK L.L.P.

By  *s/* Lynn Lincoln Sarko
Lynn Lincoln Sarko, WSBA #16569
Derek W. Loeser, WSBA #24274
Erin M. Riley, WSBA #30401
1201 Third Avenue, Suite 3200
Seattle, WA 98101

(2:11-CV-00695 RSL)

1676747.1 1

        Tel: (206) 623-1900; Fax: (206) 623-3384
        Email: lsarko@kellerrohrback.com
        dloeser@kellerrohrback.com
        eriley@kellerrohrback.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
ADMITTED PRO HAC VICE

    R. Joseph Barton
    Bruce Rinaldi
    Karen L. Handorf
    Michelle C. Yau
    1100 New York Avenue, N.W.
    Suite 500, West Tower
    Washington, D.C. 20005
    Tel: (202) 408-4600;  Fax: (202) 408-4699
    Email: jbarton@cohenmilstein.com;
    brinaldi@cohenmilstein.com
    khandorf@cohenmilstein.com
    myau@cohenmilstein.com

Attorneys for Plaintiff

HILLIS CLARK MARTIN & PETERSON P.S.

By   s/ Laurie Lootens Chyz
    Louis D. Peterson, WSBA #5776
    Michael R. Scott, WSBA #12822
    Laurie Lootens Chyz, WSBA #14297
    Michael J. Ewart, WSBA #38655
    Hillis Clark Martin & Peterson P.S.
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Tel:  (206) 623-1745; Fax:  (206) 623-7789
    Email:  ldp@hcmp.com; mrs@hcmp.com;
        llc@hcmp.com; mje@hcmp.com

    Charles K. Douthwaite
    Weyerhaeuser Company
    Law Department
    P.O. Box 9777
    Federal Way, WA  98063-9777
    Tel:  (253) 924-2803; Fax:  (253) 928-2184
    Email:  charlie.douthwaite@weyerhaeuser.com

*(2:11-CV-00695 RSL)*

MORGAN, LEWIS & BOCKIUS LLP
ADMITTED PRO HAC VICE

| | |
|---|---|
| Charles C. Jackson<br>Morgan Lewis & Bockius LLP<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094<br>Tel: (312) 324-1000<br>Fax: (312) 324-1001<br>Email:<br>charles.jackson@morganlewis.com | Brian T. Ortelere<br>Jeremy P. Blumenfeld<br>Morgan, Lewis & Bockius LLP<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>Tel: (215) 963-5000; Fax: (215) 963-5001<br>Email: bortelere@morganlewis.com;<br>        jblumenfeld@morganlewis.com<br>Melissa D. Hill<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>Email: melissa.hill@morganlewis.com |

Attorneys for Defendants Weyerhaeuser Company, Weyerhaeuser Asset Management LLC, Patricia M. Bedient, Anne E. Giardini, Jeanne M. Hillman, Stephen M. Margolin, Jeffrey W. Nitta, Peter W. Sherland, Thomas M. Smith, Salim Shariff, and Richard J. Taggart

### III. ORDER

IT IS SO ORDERED.

DATED this 18th day of January, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

(2:11-CV-00695 RSL)

1676747.1 1