UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
MICHAEL PALMASON, *et al.,*         )     Case No. C11-695RSL
                                    )
            Plaintiffs,             )
      v.                            )
                                    )     ORDER TO SHOW CAUSE
WEYERHAEUSER COMPANY, *et al.,*     )
                                    )
                                    )
            Defendants.             )
_____)

This matter comes before the Court *sua sponte*. On October 17, 2013, plaintiffs filed a motion and memorandum for leave to amend which, taken as a whole, exceeds 50 pages in length. (Dkt. # 214). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiffs are hereby ORDERED to show cause, within five days of the date of this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(9). Plaintiffs shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

DATED this 23rd day of October, 2013.

*signature*
Robert S. Lasnik
United States District Judge