THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL PALMASON AND JUDITH FIEST Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WEYERHAEUSER COMPANY, WEYERHAEUSER ASSET MANAGEMENT LLC, MORGAN STANLEY, PATRICIA M. BEDIENT, ANNE E. GIARDINI, JEANNE M. HILLMAN, STEPHEN M. MARGOLIN, JEFFREY W. NITTA, PETER W. SHERLAND, THOMAS M. SMITH, SALIM SHARIFF, RICHARD J. TAGGART AND JOHN AND JANE DOES 1-20,<br><br>　　　　　Defendants. | Case No. 2:11-cv-00695 RSL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 29, 2014** |

*Certificate of Service - (2:11-CV-00695 RSL)*

## I.   STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record, that the above-entitled cause, having been fully settled and compromised, may be dismissed with prejudice and without costs to any party.

DATED this 29th day of January, 2014.

KELLER ROHRBACK L.L.P.

By   *s/Derek W. Loeser*
Lynn Lincoln Sarko, WSBA #16569
Derek W. Loeser, WSBA #24274
Erin M. Riley, WSBA #30401
Ian Mensher, WSBA #39593
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900; Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
eriley@kellerrohrback.com
imensher@kellerrohrback.com

COHEN MILSTEIN SELLERS & TOLL, PLLC
ADMITTED PRO HAC VICE

R. Joseph Barton
Karen L. Handorf
Michelle C. Yau
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600;  Fax: (202) 408-4699
Email: jbarton@cohenmilstein.com
khandorf@cohenmilstein.com
myau@cohenmilstein.com

Attorneys for Plaintiffs

//

//

//

*Certificate of Service - (2:11-CV-00695 RSL)*

                HILLIS CLARK MARTIN & PETERSON P.S.

By  *s/Laurie Lootens Chyz*
    Louis D. Peterson, WSBA #5776
    Michael R. Scott, WSBA #12822
    Laurie Lootens Chyz, WSBA #14297
    Michael J. Ewart, WSBA #38655
    Hillis Clark Martin & Peterson P.S.
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Tel: (206) 623-1745; Fax: (206) 623-7789
    Email: ldp@hcmp.com; mrs@hcmp.com;
       llc@hcmp.com; mje@hcmp.com

Charles K. Douthwaite
Weyerhaeuser Company
Law Department
P.O. Box 9777
Federal Way, WA 98063-9777
Tel: (253) 924-2803; Fax: (253) 928-2184
Email: charlie.douthwaite@weyerhaeuser.com

MORGAN, LEWIS & BOCKIUS LLP
ADMITTED PRO HAC VICE

| | |
|---|---|
| Charles C. Jackson<br>Morgan Lewis & Bockius LLP<br>77 West Wacker Dr.<br>Chicago, IL 60601-5094<br>Tel: (312) 324-1000<br>Fax: (312) 324-1001<br>Email:<br>charles.jackson@morganlewis.com | Brian T. Ortelere<br>Jeremy P. Blumenfeld<br>Morgan, Lewis & Bockius LLP<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>Tel: (215) 963-5000; Fax: (215) 963-5001<br>Email: bortelere@morganlewis.com;<br>   jblumenfeld@morganlewis.com<br>Melissa D. Hill<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br>Email: melissa.hill@morganlewis.com |

Attorneys for Defendants Weyerhaeuser Company, Weyerhaeuser Asset Management LLC, Patricia M. Bedient, Anne E. Giardini, Jeanne M. Hillman, Stephen M. Margolin, Jeffrey W. Nitta, Peter W. Sherland, Thomas M. Smith, Salim Shariff, and Richard J. Taggart

*Certificate of Service - (2:11-CV-00695 RSL)*

        LANE POWELL PC
            Larry Gangnes, WSBA #8118
            Christopher B. Wells, WSBA #8302
            Lane Powell PC
            1420 Fifth Ave #4100
            Seattle, WA  98101-2338
            Tel:  (206) 223-7000; Fax:  (206) 223-7107
            Email:  WellsC@LanePowell.com

        O'MELVENY & MYERS LLP
        ADMITTED PRO HAC VICE

 By  *s/Shannon Barrett*
            Gary S. Tell
            Shannon Barrett
            Jonathan H. Singer
            Theresa S. Gee
            O'Melveny & Myers LLP
            1625 Eye Street, NW
            Washington, DC 20006
            Tel:  (202) 383-5315; Fax:  (202) 383-5414
            Email:  gtell@omm.com; sbarrett@omm.com;
            jsinger@omm.com; tgee@omm.com

        Attorneys for Defendant Morgan Stanley

## II.    ORDER

IT IS SO ORDERED.

DATED this 3rd day of February, 2014.

                                            *[signature]*
                                Robert S. Lasnik
                                United States District Judge